Al Lustgarten, Bar #189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

INNOVATIVE SPORTS MANAGEMENT, INC

    Plaintiff,    vs.

Christopher Martin Tolone, et al,

    Defendant,

Case No.: 2:11-CV-06626-JAK-DTB

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Innovative Sports Management, Inc, and against Defendant, Christopher Martin Tolone, individually and d/b/a Big Rock Inn, entered on July 12, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 10,000.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **10,000.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **10,000.00** |
| f. | Interest after judgment(.20%) | $ | 198.74 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **10,198.74** |

Dated: __June 17, 2022__    CLERK, by _[signature]_, Deputy Clerk
                                                  Kirk K. Gray
                                                Clerk of U.S. District Court